1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11    MATTHU MEDINA,                     Case No. EDCV 17-2153 DOC (SS)

12                   Petitioner,         **ORDER ACCEPTING FINDINGS,**

13         v.                            **CONCLUSIONS AND**

14    DEBBIE ASUNCION, Warden,           **RECOMMENDATIONS OF UNITED**

15                   Respondent.         **STATES MAGISTRATE JUDGE**

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18    Petition, all the records and files herein, and the Report and

19    Recommendation of the United States Magistrate Judge.  The time

20    for filing Objections to the Report and Recommendation has passed

21    and no Objections have been received.  Accordingly, the Court

22    accepts and adopts the findings, conclusions and recommendations

23    of the Magistrate Judge.

24    \\

25    \\

26    \\

27    \\

28    \\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2  be entered dismissing this action without prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5  Order and the Judgment herein on Petitioner at his current address
6  of record.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10  DATED:  January 8, 2019

11                                              _____
                                                DAVID O. CARTER
12                                              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28