JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHU MEDINA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 17-2153 DOC (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED: January 8, 2019

　　　　　　　　　　　　　　　　　　／s/ David O. Carter
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE